# Court of Appeals
# of the State of Georgia

ATLANTA,  April 05, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1063. MARVIS MCDANIEL-IVEY v. DEBRA DEBERRY et al.**

This case was docketed by this Court on February 19, 2021, and appellant's brief was due on March 11, 2021. As of the date of this order, appellant still has not filed a brief and has not requested an extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/05/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*